```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA L. FRIEDEBERG,

                Plaintiff,

-against-

THE NEW YORK POST,

                Defendant.

1:25-CV-04052-MKV

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. The Clerk of Court is respectfully requested to issue a summons as to Defendant The New York Post.

    Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendant in accordance with the Federal Rules of Civil Procedure or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff may receive court documents by email by completing the following form, Consent to Electronic Service.[2] The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

**Date: September 24, 2025**
**New York, NY**

                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued. The Court inadvertently issued an Order To Show Cause for failure to serve not realizing that Plaintiff had not requested the issuance of the summons. [ECF No. 4].

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.